UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAMERON DAVID WYNNE,<br><br>                     Plaintiff,<br><br>   v.<br><br>CITY OF SEATTLE, *et al.*,<br><br>                    Defendants. | Case No. C23-882-RAJ-MLP<br><br>ORDER GRANTING PLAINTIFF'S SECOND REQUEST FOR AN EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT |

      This is a civil rights action proceeding under 42 U.S.C. § 1983. On August 18, 2023, this Court issued an Order declining to serve Plaintiff's amended complaint and granting him thirty days to file a second amended complaint correcting certain specified deficiencies. (Dkt. # 10.) Plaintiff thereafter requested an extension of time to file his second amended complaint, and on October 2, 2023, the Court issued an Order extending the deadline to November 2, 2023. (*See* dkt. ## 11, 14.) On January 2, 2024, Plaintiff filed a second request for an extension of time. (Dkt. # 16.)

      Plaintiff indicates in his current request that he is seeking a 60-day extension of time because he has been in transit between the King County Jail and the Washington Corrections

ORDER GRANTING PLAINTIFF'S
SECOND REQUEST FOR AN
EXTENSION OF TIME TO FILE
SECOND AMENDED COMPLAINT - 1

Center, he does not have his legal documents, and he has limited access to the law library. (Dkt. # 16 at 1-2.) Plaintiff asserts that he was informed King County would send copies of his legal materials with him when he was transferred but he has since discovered that he was misinformed. (*Id*. at 1.) Plaintiff claims that this has hindered his ability to timely respond to the Court, and he asks that he be provided copies of "all motions, amended complaints, and the courts responses to me." (*Id*.) The Court is satisfied that Plaintiff's request for additional time and for copies is appropriate under the circumstances.

Based on the foregoing, the Court hereby ORDERS as follows:

(1) Plaintiff's second request for an extension of time (dkt. # 16) is GRANTED. Plaintiff is directed to file his second amended complaint not later than ***March 5, 2024***.

(2) The Clerk is directed to send Plaintiff a copy of the docket sheet together with copies of docket numbers 6, 7, 9, 10, 11, 12, 13, and 14. The Clerk is further directed to send Plaintiff the appropriate forms so that he may file a second amended complaint. Finally, the Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Richard A. Jones.

DATED this 5th day of January, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S
SECOND REQUEST FOR AN
EXTENSION OF TIME TO FILE
SECOND AMENDED COMPLAINT - 2