UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAMERON DAVID WYNNE, | |
| Plaintiff, | Case No. C23-882-RAJ-MLP |
| v. | |
| CITY OF SEATTLE, *et al.*, | ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR RELIEF FROM DEADLINE |
| Defendants. | |

This is a civil rights action proceeding under 42 U.S.C. § 1983. This matter comes before the Court on Plaintiff's second motion for an extension of time to file a second amended complaint in this action. (Dkt. # 28.) Plaintiff seeks a 60-day extension of the current deadline, or until December 23, 2024, to file his second amended complaint.[1] (*Id*.) Plaintiff asserts that the additional time is necessary to investigate his claims and identify proper defendants. (*See id*.; dkt. # 28-1.) The Court is satisfied that Plaintiff's request for additional time to file a second amended complaint is appropriate under the circumstances.

---

[1] Plaintiff requests in the opening paragraph of his motion that the current deadline be moved from August 23, 2024, to September 22, 2024. (*See* dkt. # 28.) However, the most recent deadline was October 22, 2024, which was established in the Court's Order of September 9, 2024. (Dkt. # 26.) Plaintiff's proposed order makes clear that the extension he is seeking is from October 22, 2024, to December 23, 2024.

ORDER GRANTING PLAINTIFF'S
SECOND MOTION FOR RELIEF
FROM DEADLINE- 1

Based on the foregoing, the Court hereby ORDERS as follows:

(1) Plaintiff's second motion for relief from deadline (dkt. # 28) is GRANTED. Plaintiff is directed to file his second amended complaint not later than *December 23, 2024*.

(2) The Clerk is directed to send copies of this Order to counsel for Plaintiff and to the Honorable Richard A. Jones.

DATED this 6th day of November, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S
SECOND MOTION FOR RELIEF
FROM DEADLINE- 2