UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAMERON DAVID WYNNE,<br><br>                    Plaintiff,<br><br>   v.<br><br>CITY OF SEATTLE, *et al*.,<br><br>                    Defendants. | Case No. C23-882-RAJ<br><br>ORDER GRANTING DEFENDANTS'<br>MOTIONS TO DISMISS |

      The Court, having reviewed Plaintiff's second amended complaint, Defendants' motions to dismiss, the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

      (1)    The Report and Recommendation is approved and adopted.

      (2)    Defendants' motions to dismiss (dkt. ## 35, 36) are GRANTED.

      (3)    Plaintiff's second amended complaint (dkt. # 30) and this action are DISMISSED without prejudice.

//

//

ORDER GRANTING DEFENDANTS'
MOTIONS TO DISMISS - 1

(4)  The Clerk is directed to send copies of this Order to all counsel of record and to Judge Peterson.

DATED this 8th day of July, 2025.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANTS'
MOTIONS TO DISMISS - 2